# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE § § | | |
| **LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C** § § § | CASE NO. 11-_____-RLJ-11 | |
| § | | |
| **DEBTOR** § § | CHAPTER 11 | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete address including zip code | (2) Debtor's account, name, telephone number of employee, agent of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if the claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim [if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | Permian Basin Railway Company, Inc. 118 S. Clinton St Chicago, IL 60661 | PERBAS Ed Ellis (312) 545-7245 ellise@iowapacific.com | Transportation | unliquidated | $686,710 00 [1] |
| 2 | Hansen Mueller 8951 Synergy Dr., Suite 224 McKinney, TX 75070 | HANMUE Chris Rau (402) 951-2275 Paul Heiman, Esq. pheim@eslaw.com | Grain – Supplier Litigation | | $466,466.90 [2] |
| 3 | Plains Grain Co., Inc. P.O. Box 188 Abernathy, TX 79311 | PLAIGRA James Shannon (806) 298-2521 | Grain - Supplier | | $386,426.72 |

[1] The amounts set forth for certain transportation and distilled grain contracts are based on the Debtor's best present estimate of the value and prices of claim under such contracts, which have not been liquidated by either party at the date hereof and as to which the Debtor does not waive its rights to a more formal accounting or further dispute or to a revised calculation.

[2] The amounts set forth in column 5 are based on the last invoiced or recorded amount on the books and records of LHCE. Such amounts may be subject to partial dispute, especially if involved in litigation, and LHCE does not waive any right to contest such amount in the future by failing to note the debt as "contingent", "unliquidated" or "disputed."

| | (1) Name of creditor and complete address including zip code | (2) Debtor's account, name, telephone number of employee, agent of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if the claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim [if secured also state value of security) |
|---|---|---|---|---|---|
| 4 | J.D. Heiskell & Co. 1616 S. Kentucky Amarillo, Tx 79102 | JDHEIS Tim Regan (402) 289-5700 tregan@heiskell.com Ken Weston, Esq (806) 372-5569 | Grain – Supplier Litigation | | $335,238.36 [2] |
| 5 | Oppliger Feedyard Inc. P.O. Box 854 520 CR 14 Clovis, NM 88101 | Don Oppliger (575) 389-5321 oppliger@3lefties.com | Distilled Grain Contract | unliquidated | $240,163.65 [1] |
| 6 | Land of Lakes Purina Mills P.O. Box 64102 Mail Station 5505 St. Paul, MN 55164 | Mike Johnston (651) 765-5606 | Distilled Grain Contract | unliquidated | $238,857.50 [1] |
| 7 | Friona Wheat Growers P.O. Box 248 Friona, Tx 79035 | FRIWHE Greg O'Brien (806) 250-3211 | Grain - Supplier | | $165,163.24 |
| 8 | Ferm Solutions PO Box 203 Danville, KY 40423 | FERSOL Shane Baker (859) 402-8707 | Chemicals | | $149,553.62 |
| 9 | Triple Nickel Inc. 808 W. 19th Muleshoe, Tx 79347 | TRINIC | Grain - Supplier | | $121,313.76 |
| 10 | CEI Pipeline 701 Cedar Lake Blvd. Oklahoma City, OK 73114 | CEIPIP | Natural Gas Delivery | | $117,000.00 |
| 11 | Gary Neill Trucking 1102 E. Archer Rd. Seymour, TX 76380 | Gary Neil (940) 733-3393 | Distilled Grain Contract | unliquidated | $104,604.40 [1] |
| 12 | Farmer's Co-Op Elevator P.O. Box 1087 Levelland, TX 79336 | FARCOO Dean Sasser (806) 894-8505 | Chemicals/Grain - Supplier | | $78,916.36 |
| 13 | Genencor/Danisco US Inc PO Box 7247-8528 Philadelphia, PA 19170-8528 | GENDAN Amber Trumbull (585) 259-9952 | Chemicals | | $71,349.85 |

| | (1)<br>Name of creditor and complete address including zip code | (2)<br>Debtor's account, name, telephone number of employee, agent of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if the claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim [if secured also state value of security) |
|---|---|---|---|---|---|
| 14 | Nathan Segal & Company<br>P.O. Box 272189<br>Houston, TX 77277-2189 | Amber<br>(805) 359-9952 | Distilled Grain Contract | unliquidated | $70,262.27 [1] |
| 15 | First Insurance Funding Corp<br>P.O. Box 66468<br>Chicago, IL 60666-0468 | FIRINS<br>(800) 837-2511 | Insurance Financing | | $68,572.32 |
| 16 | John & Neta Loepky Farms<br>430 US HWY 180 West<br>Seminole, Tx 79360 | LOEFAR<br>John Loepky<br>(432) 758-9900 | Grain - Farmer | | $63,570.39 |
| 17 | Bosselman Energy, Inc.<br>3123 W Stolley Park Road<br>Grand Island, NE 68801 | BOSENE<br>(308) 381-2800 | Chemicals | | $63,288.43 |
| 18 | Lariat Dairy Inc.<br>P.O. Box 1036<br>Farwell, Tx 79325<br>1250 CR DD<br>Muleshoe, TX 79347 | Jason Bryan-<br>Commodities Plus<br>806-825-2190 | Distilled Grain Contract | unliquidated | $60,997.05 [1] |
| 19 | Julian Coleman<br>810 W. 16th Street<br>Lamesa, TX 79331 | JULCOL<br>Julian Coleman<br>(806) 872-5479 | Grain - Farmer | | $52,637.92 |
| 20 | Sanderson Grain<br>P.O. Box 116<br>Springlake, Tx 79082 | SANGRA<br>Les Wilks-Titan<br>(806) 894-4852 | Grain - Supplier | | $50,924.11 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| **LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C** | § § § § | CASE NO. _____ |
| DEBTOR | § § § | CHAPTER 11 |

## VERIFICATION OF
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The undersigned, the duly authorized officer of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: April 27, 2011                    */s/ James P. Halbert*
                                        James P. Halbert
                                        Chief Restructuring Officer

OF COUNSEL:

**BLOCK & GARDEN, LLP**

*/s/ I. Richard Levy*
I. Richard Levy
State Bar No. 12260520
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*