I. Richard Levy
State Bar No. 12265020
Christopher M. McNeill
State Bar No. 24032852
Susan Frierott
State Bar No. 24041247
**BLOCK & GARDEN, LLP**
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

APPLICANTS FOR COUNSEL TO LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C., DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| **LEVELLAND/HOCKLEY COUNTY** § | CASE NO. 11-50162-RLJ-11 | |
| **ETHANOL, L.L.C** § | CHAPTER 11 | |
| § | HEARING ON FIRST DAY MATTERS | |
| **DEBTOR** § | Thurs., April 28, 2011  1:00 p.m | |
| §. | | |

**NOTICE OF EXPEDITED HEARING ON CERTAIN
FIRST DAY MOTIONS FILED BY THE DEBTOR**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE THAT on **Thursday, April 28, 2011** at **1:00 o'clock p.m.,** a hearing will be held on the following enumerated matters filed by Levelland/Hockley County Ethanol, LLC, debtor and debtor in possession ("Debtor") in the above-referenced Chapter 11 case in the Courtroom of the Honorable Robert L. Jones, United States Bankruptcy Court, 1205 Texas Avenue, Room 312, Lubbock, Texas 79401.

The Frist Day matters scheduled for hearing under the Procedures for Complex Chapter 11 Cases under the N.D. Tex. Local Bankr. Rules are as follows:

immediate and emergent consideration of the following initial case matters:

- An interim order with respect to the Motion of the Debtor for Interim and Final Authority to Use Cash Collateral Pursuant to 11 U.S.C. §363 and to Grant Adequate Protection Pursuant to 11 U.S.C. §361 (dkt. 4).

- Expedited Motion of the Debtor to Authorize Payment of Pre-Petition Employee Compensation and Benefits (dkt. 5); and

- Expedited Motion of Debtor for Authorization to Continue Its Use of Certain Existing Bank Accounts (dkt. 6);

PLEASE TAKE FURTHER NOTICE that copies of all of the above-referenced applications and motions are available by means of the Bankruptcy Court's ECF system or copies may be obtained by contacting the undersigned counsel via phone or e-mail.

Dated: April 27, 2011            Respectfully submitted,

**BLOCK & GARDEN, LLP**

*/s/ Richard Levy*
I. Richard Levy
State Bar No. 12260520
Christopher M. McNeill
State Bar No. 24032852
Susan Frierott
State Bar No. 24041247
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2011, a copy of the foregoing Motion was served upon the parties prescribed in the Complex Chapter 11 Procedures and in the manner reflected on the attached service list and upon Ms. Nancy Resnick of the United States Trustee's Office by e-mail.

*/S/ I. Richard Levy*
I. Richard Levy

Levelland/Hockley County Ethanol, LLC
Att: James P. Halbert
103 S. FM 2646, PO Box 26
Levelland, TX  79336-0026
**Debtor      by hand**

I. Richard Levy
Block & Garden, LLP
5949 Sherry Lane, Suite 900
Dallas, TX  75225
**Counsel to Debtor      by hand**

Nancy S. Resnick, Esq.
Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX  75242-1699
**Counsel to US Trustee     via email**

Mr. Jamie Weber
GE Energy Financial Services
800 Long Ridge Road
Stamford, CT  06830
jamie.weber@ge.com
**Senior Secured Creditor Group     via email**

Farmers Energy Levelland, LLC
Att: Doug Bruggeman
2875 Needmore Road
Dayton, OH  45414
**Subordinated Secured Creditor     via email**

Bosselman Energy, Inc.
3123 W Stolley Park Road
Grand Island, NE  68801
**20 largest          via email**

CEI Pipeline
Tim Shanahan
701 Cedar Lake Blvd.
Oklahoma City, OK  73114
**20 largest          via e-mail**

Farmer's Co-Op Elevator
Dean Sasser
P.O. Box 1087
Levelland, TX  79336
**20 largest          via e-mail**

Ferm Solutions
Att: Shane Baler
PO Box 203
Danville, KY  40423
**20 largest          via e-mail**

First Insurance Funding Corp
P.O. Box 66468
Chicago, IL  60666-0468
**20 largest          via fax 847-374-3010**

Friona Wheat Growers
Att: Greg O'Brien
P.O. Box 248
Friona, Tx  79035
**20 largest          via fax 806-250-2150**

Gary Neill Trucking
Att: Gary Neill
1102 E. Archer Road
Seymour, TX  76380
**20 Largest          via fax 940-889-4772**

Genencor/Danisco US Inc
Att: Amber Trumbull
PO Box 7247-8528
Philadelphia, PA  19170-8528
**20 largest          via fax 585-256-525**

Hansen Mueller
Att: Chris Rau
8951 Synergy Dr., Suite 224
McKinney, TX  75070
**20 largest          via e-mail**

In re Levelland/Hockley County Ethanol, LL                                      Bankr. Case No. 11-50162-RLJ-11
                           Shortened Service List  04/27/2011

J.D. Heiskell & Co.                                         John & Neta Loepky Farms
Att; Tim Regan                                              Att: John Loepky
1616 S. Kentucky                                            430 US HWY 180 West
Amarillo, Tx  79102                                         Seminole, Tx  79360
          *20 largest*        *via e-mail*                            *20 largest*         *mail*


Julian Coleman                                              Land of Lakes Purina Mills
810 W. 16th Street                                          Att: Mike Johnston
Lamesa, TX  79331                                           P.O. Box 64102, Mail Station 5505
                                                            St. Paul, MN  55164
          *20 largest*        *via mail*                              *20 Largest*         *via fax*


Lariat Dairy Inc.                                           Nathan Segal & Company
Att: Jason Bryan - Commodities Plus                         Att: Amber Trumbul
P O Box 1036                                                P.O. Box 272189
Farwell, TX  79325                                          Houston, TX  77277-2189
          *20 Largest*        *via fax*                               *20 Largest*         *via fax*


Opplinger Feedyard Inc.                                     Sanderson Grain
Att: Don Oppliger                                           Att: Les Wilks-Titan
P O BOX 854, 520 CR 14                                      P.O. Box 116
Clovis, NM  88101                                           Springlake, Tx  79082
          *20 Largest*        *via e-mail*                            *20 largest*         *via fax*


Triple Nickel Inc.                                          Kenneth Weston, Esq
808 W. 19th                                                 Courtney, Countiss, Brian & Bailey, LLP
Muleshoe, Tx  79347                                         600 S. Tyler St. Suite 1700
                                                            Amarillo, TX  79105
                                                            kweston@courtneylawfirm.com
          *20 largest*        *mail*                              *Attorney for JD Heiskell*       *via fax*


Doug Bruggeman                                              Internal Revenue Service
Rex American Resources                                      Special Procedures-Insolvency
2875 Needmore Rd.                                           PO Box 7346
Dayton, OH  45414                                           Philadelphia, PA  19101-7346
dbruggeman@rexamerican.com
     *Largest Member Interest*    *via email*                         *GovernmentNotice*   *mail*


State Comptroller of Public Accounts                        Internal Revenue Service
Revenue Acctg-Bankr. Section                                Special Procedures-Insolvency
PO Box 13528                                                PO Box 7346
Austin , TX  78711                                          Philadelphia, PA  19101-7346
          *Government Notice*       *-mail*                           *Government Notice*     *mail*

**In re Levelland/Hockley County Ethanol, LL**  **Bankr. Case No. 11-50162-RLJ-11**
**Shortened Service List  04/27/2011**

State Comptroller of Public Accounts
Revenue Acctg-Bankr. Section
PO Box 13528
Austin , TX  78711

  ***Government Notice         mail***

United States Attorney
3rd Floor, 1100 Commerce St.
Dallas, TX  75242-1699

  ***Government Notice         mail***