I. Richard Levy
State Bar No. 12265020
Christopher M. McNeill
State Bar No. 24032852
Susan Frierott
State Bar No. 24041247
**BLOCK & GARDEN, LLP**
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

APPLICANTS FOR COUNSEL TO LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C., DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| IN RE §<br>§<br>**LEVELLAND/HOCKLEY COUNTY** §<br>**ETHANOL, L.L.C** §<br>§<br>**DEBTOR** §<br>§ | CASE NO. 11-50162-11<br><br>CHAPTER 11 |

**SUPPLEMENT TO MOTION OF THE DEBTOR FOR INTERIM AND FINAL
AUTHORITY TO USE CASH COLLATERAL
PURSUANT TO 11 U.S.C. §363 AND TO GRANT ADEQUATE
PROTECTION PURSUANT TO 11 U.S.C. §361**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Levelland/Hockley County Ethanol, LLC ("Levelland Ethanol" or "Debtor"), Supplement to the Motion of the Debtor for Interim and Final Authority to Use Cash Collateral Pursuant 11 U.S.C. §363 and to grant adequate protection pursuant to 11 U.S.C. §361. Debtor respectfully shows as follows:

1.      Due to extreme time constraints related to the filing of the chapter 11 petition commencing this case and a number of First Day documents, the Debtor was unable to finalize the Exhibits to the Motion prior to the time it had to be filed in order to be heard on schedule.

2. This Supplement includes the Exhibits that are referred to in the Motion but were not attached:

A: Five (5) week budget for Debtor's operations and related uses of cash and receipts;

B: Operation Projections for the seven months (7) June through December 2011;

C: Verified Statement of James P. Halbert in Support of the Motion.

Dated: April 27, 2011.                    Respectfully submitted,

                                             **BLOCK & GARDEN, LLP**

                                             */s/ Richard Levy*
                                             I. Richard Levy
                                             State Bar No. 12260520
                                             Christopher M. McNeill
                                             State Bar No. 24032852
                                             Susan Frierott
                                             State Bar No. 24041247
                                             5949 Sherry Ln., Suite 900
                                             Dallas, Texas 75225
                                             Tel: (214) 866-0990
                                             Fax: (214) 866-0991
                                             *levy@bgvllp.com*

### CERTIFICATE OF SERVICE

     I certify that on April 27, 2011, a copy of the foregoing Supplement was served upon the parties prescribed in the Complex Chapter 11 Procedures and in the manner reflected on the attached service list via e-mail, facsimile or hand delivery and upon the United States Trustee's Office by e-mail and facsimile.

                                             */s/  I. Richard Levy*
                                             I. Richard Levy

Case 11-50162-rlj11 Doc 9 Filed 04/28/11 Entered 04/28/11 00:16:02 Desc Main Document Page 3 of 14

In re Levelland/Hockley County Ethanol, LL    Bankr. Case No. 11-50162-RLJ-11
Shortened Service List 04/27/2011

| | |
|---|---|
| Levelland/Hockley County Ethanol, LLC<br>Att: James P. Halbert<br>103 S. FM 2646, PO Box 26<br>Levelland, TX 79336-0026<br>***Debtor      by hand*** | I. Richard Levy<br>Block & Garden, LLP<br>5949 Sherry Lane, Suite 900<br>Dallas, TX 75225<br>***Counsel to Debtor      by hand*** |
| Nancy S. Resnick, Esq.<br>Office of the U.S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242-1699<br>***Counsel to US Trustee      via email*** | Mr. Jamie Weber<br>GE Energy Financial Services<br>800 Long Ridge Road<br>Stamford, CT 06830<br>jamie.weber@ge.com<br>***Senior Secured Creditor Group      via email*** |
| Farmers Energy Levelland, LLC<br>Att: Doug Bruggeman<br>2875 Needmore Road<br>Dayton, OH 45414<br>***Subordinated Secured Creditor      via email*** | Bosselman Energy, Inc.<br>3123 W Stolley Park Road<br>Grand Island, NE 68801<br>***20 largest      via fax: 308-381-0972*** |
| CEI Pipeline<br>Tim Shanahan<br>701 Cedar Lake Blvd.<br>Oklahoma City, OK 73114<br>***20 largest      via e-mail*** | Farmer's Co-Op Elevator<br>Dean Sasser<br>P.O. Box 1087<br>Levelland, TX 79336<br>***20 largest      via e-mail*** |
| Ferm Solutions<br>Att: Shane Baler<br>PO Box 203<br>Danville, KY 40423<br>***20 largest      via fax: 859-236-3040*** | First Insurance Funding Corp<br>P.O. Box 66468<br>Chicago, IL 60666-0468<br>***20 largest      via fax 847-374-3010*** |
| Friona Wheat Growers<br>Att: Greg O'Brien<br>P.O. Box 248<br>Friona, Tx 79035<br>***20 largest      via fax 806-250-2150*** | Gary Neill Trucking<br>Att: Gary Neill<br>1102 E. Archer Road<br>Seymour, TX 76380<br>***20 Largest      via fax 940-889-4772*** |
| Genencor/Danisco US Inc<br>Att: Amber Trumbull<br>PO Box 7247-8528<br>Philadelphia, PA 19170-8528<br>***20 largest      via fax 585-256-525*** | Hansen Mueller<br>Att: Chris Rau<br>8951 Synergy Dr., Suite 224<br>McKinney, TX 75070<br>***20 largest      via e-mail*** |

Case 11-50162-rlj11    Doc 9    Filed 04/28/11    Entered 04/28/11 00:16:02    Desc Main
Document    Page 4 of 14

In re Levelland/Hockley County Ethanol, LL                                    Bankr. Case No. 11-50162-RLJ-11
Shortened Service List  04/27/2011

| | |
|---|---|
| J.D. Heiskell & Co.<br>Att; Tim Regan<br>1616 S. Kentucky<br>Amarillo, Tx  79102<br><br>*20 largest    via e-mail* | John & Neta Loepky Farms<br>Att: John Loepky<br>430 US HWY 180 West<br>Seminole, Tx  79360<br><br>*20 largest    mail* |
| Julian Coleman<br>810 W. 16th Street<br>Lamesa, TX  79331<br><br>*20 largest    via mail* | Land of Lakes Purina Mills<br>Att: Mike Johnston<br>P.O. Box 64102, Mail Station 5505<br>St. Paul, MN  55164<br><br>*20 Largest    via fax* |
| Lariat Dairy Inc.<br>Att: Jason Bryan - Commodities Plus<br>P O Box 1036<br>Farwell, TX  79325<br><br>*20 Largest    via fax* | Nathan Segal & Company<br>Att: Amber Trumbul<br>P.O. Box 272189<br>Houston, TX  77277-2189<br><br>*20 Largest    via fax* |
| Opplinger Feedyard Inc.<br>Att: Don Oppliger<br>P O BOX 854, 520 CR 14<br>Clovis, NM  88101<br><br>*20 Largest    via e-mail* | Sanderson Grain<br>Att: Les Wilks-Titan<br>P.O. Box 116<br>Springlake, Tx  79082<br><br>*20 largest    via fax* |
| Triple Nickel Inc.<br>808 W. 19th<br>Muleshoe, Tx  79347<br><br>*20 largest    mail* | Kenneth Weston, Esq<br>Courtney, Countiss, Brian & Bailey, LLP<br>600 S. Tyler St. Suite 1700<br>Amarillo, TX  79105<br>kweston@courtneylawfirm.com<br><br>*Attorney for JD Heiskell    via fax* |
| Doug Bruggeman<br>Rex American Resources<br>2875 Needmore Rd.<br>Dayton, OH  45414<br>dbruggeman@rexamerican.com<br><br>*Largest Member Interest    via email* | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346<br><br>*GovernmentNotice    mail* |
| State Comptroller of Public Accounts<br>Revenue Acctg-Bankr. Section<br>PO Box 13528<br>Austin , TX  78711<br><br>*Government Notice    -mail* | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA  19101-7346<br><br>*Government Notice    mail* |

In re Levelland/Hockley County Ethanol, LL                                              Bankr. Case No. 11-50162-RLJ-11
**Shortened Service List  04/27/2011**

State Comptroller of Public Accounts
Revenue Acctg-Bankr. Section
PO Box 13528
Austin , TX  78711

  ***Government Notice  mail***

United States Attorney
3rd Floor, 1100 Commerce St.
Dallas, TX  75242-1699

  ***Government Notice  mail***

# EXHIBIT "A"

**Levelland Hockley County Ethanol, LLC**
Weekly Cash Flow Projection
For Week Ending on Saturday
Weekly Cash Flow Projection
(000)'s Omitted

| | FRCST | 04/26/11 Actual | Variance | FRCST | 05/07/11 Actual | Variance | FRCST | 05/14/11 Actual | Variance | FRCST | 05/21/11 Actual | Variance | FRCST | 05/28/11 Actual | Variance | FRCST | 06/04/11 Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow** | | | | | | | | | | | | | | | | | | |
| Beginning Book Balance | 1,589 | 0 | 0 | 1,348 | 0 | 0 | 1,246 | 0 | 0 | 1,147 | 0 | 0 | 1,047 | 0 | 0 | 1,243 | 0 | 0 |
| Collections of Old Accounts Receivable | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| USDA 9005 Grant Program | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 0 | 0 |
| Total Available Funds | 1,598 | 0 | 0 | 1,348 | 0 | 0 | 1,246 | 0 | 0 | 1,147 | 0 | 0 | 1,347 | 0 | 0 | 1,243 | 0 | 0 |
| **Less: Expenditures** | | | | | | | | | | | | | | | | | | |
| **Start Up, Accrued, and Trade Debt** | | | | | | | | | | | | | | | | | | |
| Startup Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 250 | 0 | 0 |
| **Shut-In Baseline Expense** [20%] | | | | | | | | | | | | | | | | | | |
| Office Salaries and Wages | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 |
| Plant Salaries and Wages | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 0 |
| Employee Taxes and Benefits | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 0 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 0 |
| Plant Rep and Maintenance | 0 | 0 | 0 | 35 | 0 | 0 | 10 | 0 | 0 | 45 | 0 | 0 | 30 | 0 | 0 | 10 | 0 | 0 |
| Facility and Equipment Leases | 0 | 0 | 0 | 6 | 0 | 0 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| Office expense and administration | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bankruptcy administrative costs | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Chapter 11 Counsel IOLTA | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Ending Cash** | 1,348 | 0 | 0 | 1,246 | 0 | 0 | 1,147 | 0 | 0 | 1,047 | 0 | 0 | 1,243 | 0 | 0 | 903 | 0 | 0 |

Prepared By: CRP LLC

Unaudited Draft Subject to Change

# EXHIBIT "B"

**Levelland Hockley County Ethanol, LLC**   Updated: 04/27/11
Monthly Cash Basis Profit and Loss / Cash Flow Projection
File: Workout Model Ver 11
(000)'s Omitted (except gallons produced)

| | June 2011 | July 2011 | August 2011 | September 2011 | October 2011 | November 2011 | Year 1 December 2011 |
|---|---|---|---|---|---|---|---|
| Memo: Gallons Produced | 3,085,714 | 3,364,000 | 3,455,714 | 3,180,000 | 3,540,000 | 3,480,000 | 3,540,000 |
| Total Ethanol Sales | 8,208 | 8,948 | 9,192 | 8,459 | 9,416 | 9,257 | 9,416 |
| Total Distillers Grain Sales | 2,178 | 2,332 | 2,389 | 2,194 | 2,184 | 2,114 | 2,150 |
| Less: Tenaska Provided Grain, Gas, Denaturant | (8,861) | (9,494) | (9,752) | (8,974) | (9,659) | (9,340) | (9,502) |
| Less: Tenaska Fee | (246) | (313) | (322) | (296) | (330) | (324) | (330) |
| **Amount Due LHCE** | **1,278** | **1,473** | **1,508** | **1,383** | **1,612** | **1,706** | **1,735** |
| Net Tenaska Revenue Received | 1,250 | 1,028 | 1,723 | 1,258 | 1,383 | 1,862 | 1,456 |
| COGS Not Included Above | | | | | | | |
| Chemicals | 289 | 315 | 323 | 297 | 331 | 326 | 331 |
| Shop Labor Costs | 117 | 118 | 119 | 117 | 119 | 119 | 119 |
| Taxes and Fringe on Labor Costs  20% | 23 | 24 | 24 | 23 | 24 | 24 | 24 |
| Electricity Costs | 143 | 148 | 150 | 145 | 152 | 150 | 152 |
| Gas Transportation (CEI, Fowler & MarkWes | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| Water Treatment (Layne Lease & Usage) | 40 | 41 | 41 | 40 | 41 | 41 | 41 |
| Solid Waste | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Facility and Equipment Leases | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Property Taxes | | | | | | | |
| Insurance | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| Repairs and Maintenance | 96 | 96 | 96 | 96 | 400 | 96 | 96 |
| Plant Safety and Supplies | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Plant Vehicle Expenses | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Other Cost of Sales | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Feed Taxes | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Total Cost of Goods Sold Not Paid by Tena | 825 | 858 | 869 | 836 | 1,183 | 871 | 879 |
| Gross Margin | 425 | 171 | 854 | 422 | 200 | 991 | 577 |
| General and Administrative Expenses | 85 | 104 | 85 | 85 | 104 | 85 | 85 |
| Net Cash Generated from Operations | 341 | 66 | 770 | 337 | 96 | 906 | 493 |
| Less: Debt Service Payments and Deposits Held | | | | | | | |
| GE Principal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GE Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rex Principal | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rex Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unsecured Creditors | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Debt Service Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Cash Flow after Debt Service Payments | 341 | 66 | 770 | 337 | 96 | 906 | 493 |
| Beginning Available Cash | 903 | 1,244 | 1,310 | 2,079 | 2,417 | 2,512 | 3,419 |
| Ending Available Cash | 1,244 | 1,310 | 2,079 | 2,417 | 2,512 | 3,419 | 3,911 |

# EXHIBIT "C"

**EXHIBIT "C" to Motion of the Debtor for Interim and Final Authority to Use Cash Collateral**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| LEVELLAND/HOCKLEY COUNTY § | CASE NO. 11-50162-RLJ-11 | |
| ETHANOL, L.L.C § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |
| § | | |

**VERIFIED STATEMENT OF JAMES P. HALBERT
IN SUPPORT OF MOTION OF THE DEBTOR FOR INTERIM
AND FINAL AUTHORITY TO USE CASH COLLATERAL**

I, James P. Halbert, state under the penalty of perjury, that to the best of my knowledge, information and belief the following is true and correct:

1.  I am the Chief Restructuring Officer of Levelland/Hockley County Ethanol, LLC ("Levelland Ethanol" or "Debtor") a limited liability company, organized under the laws of the State of Texas and a debtor in possession in the above-referenced Chapter 11 case. I have knowledge of the financial condition and business affairs of Levelland Ethanol. My current duties include responsibility for overseeing the day-to-day business operations of Debtor, including oversight of financial operations and day-to-day conduct of the Debtor's business and operations in chapter 11. I am authorized by Debtor to submit this Verified Statement.

2.  Except as otherwise indicated, all facts set forth in this Verified Statement are based upon my personal knowledge, my review of relevant documents, or my opinion based upon my experience and knowledge of Debtor's operations and financial

**EXHIBIT "C" to Motion of the Debtor for Interim and Final Authority to Use Cash Collateral**

condition.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3. I have reviewed the facts an background outlined in the Motion Of The Debtor For Interim And Final Authority To Use Cash Collateral Pursuant To 11 U.S.C. §363 And To Grant Adequate Protection Pursuant To 11 U.S.C. §361 (the "Cash Collateral Motion"), along with the Exhibits to the Motion, and I believe them to be true and correct.  Specifically, I prepared the cash budget and business forecasts that are exhibits to the Motion.

4. The Debtor presently has cash on hand of $1,348,000.  The Debtor's current business plans call for its Ethanol production to resume at the end of the first four weeks of the case.  Until then, the Debtor will not generate significant amounts of new cash.  Fortunately, during the next few weeks, the Debtor expects to collect a significant amount from the U.S. Department of Agriculture for the 9005 sorghum usage program estimated to be more than $300,000 (see budget at Week ending 05/28/11).  So by month end of May, the Debtor's beginning cash position at the petition date and cash ending the last week of May are nearly equal.

5. Afterwards, and dependent on future events and whether the Court authorizes the Debtor to enter into a special pricing, production and post-petition finance agreement with a major Bio-Fuel tolling partner, cash usage will increase but only as production is expected to begin.  However, within four weeks thereafter, the Debtor expects collections from operations to nearly restore cash to its original position.

6. Without the immediate ability to use its cash, the Debtor will be unable to conduct its business.  The Debtor will not be able to pay any of its ordinary and

**EXHIBIT "C" to Motion of the Debtor for Interim and Final Authority to Use Cash Collateral**

necessary operating expenses such as payroll, utilities, plant maintenance, equipment leases, insurance, and other expenses outlined in the budget attached as an exhibit to the Motion. Debtor's business will be irreparably harmed if it is not able to use the cash in its operations.

7.  Attached to the Motion is a one-month budget that sets forth the necessary expenses on a weekly basis. The budget reflects a number of circumstances that Debtor is likely to face during the first weeks of the case, including the fact that vendors will likely require Debtor to pay cash on delivery or cash in advance for necessary supplies. The budget is based on the best estimates of Debtor and Debtor's accounting staff and myself.

8.  The use of the cash on an interim basis pending a hearing on final authority to use cash collateral is urgent and imminent. The interests of the primary secured creditor of the Debtor with security interest in the Debtor's cash, GE Energy Financial Services, as an agent for other lenders, is adequately protected by the substantial equity cushion between the total amount of their debt, approximately $33,330,000 in principal and accrued interest as of today, and the value of the Plant which recently appraised at an operational value of $51,500,000 and a forced sale value of $40,000,000.

9.  The Debtor's business plan calls for operating the Plant to produce Ethanol at the plant's full capacity after submission to and consideration by this Court of a post-petition financing arrangement that will provide production inputs and continued grain supplies at favorable pricing. To get to that point, the Debtor has to keep its present limited work force ready, prepare the facility for full-production, undertake

**EXHIBIT "C" to Motion of the Debtor for Interim and Final Authority to Use Cash Collateral**

limited but necessary repairs and maintenance, and keep its numerous insurance coverages in good standing.

10. During the month of May, the Debtor has budgeted total expenditures of approximately $400,000. These expenditures will be significantly offset by the receipts of the USDA sorghum program funds. The Debtor will be in a position at that time to implement its post-petition operation and financing arrangements to resume production. With resumed production comes the ability to realize the full valuation of the Plant and related assets. This would allow the Debtor to propose a plan of reorganization that would provide full payment to all creditors and allow retention of residual value for the membership interests in the Debtor. The Debtor's plans begin with the Court's authorization to use cash collateral in the interim period.

I certify under penalty of perjury that the foregoing is true and correct.


       */s/ James P. Halbert*
       James P. Halbert