United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-1088
Nancy Resnick

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| In Re | § | Chapter 11 Case |
| | § | |
| Levelland/Hockley County | § | 11-50162-rlj-11 |
| Ethanol, L.L.C. | § | |
| | § | |
| Debtor-In-Possession | § | |

**Appointment of Official Unsecured Creditors' Committee**

TO THE HONORABLE JUDGE JONES:

Pursuant to 11 U.S.C. §1102(a)(1), the United States Trustee has appointed the following persons to the Official Unsecured Creditors' Committee in the above-referenced case.

1.  West Texas and Lubbock Railway
    Daniel Marko
    **Interim Chairman**
    118 South Clinton Street
    Suite 400
    Chicago, Illinois 60661
    Tel: (312)348-6085
    Fax: (312) 466-9589
    markod@iowapacific.com

2.  Oppliger Feedyard Inc.
    Don Oppliger - Owner
    P.O. Box 854, 520 CR 14
    Clovis, NM 88101
    Tel: (575) 389-5321
    Fax: (575) 389-5324
    oppliger@3lefties.com

3. Loepky Farms
   John Loepky
   1315 CR 313
   Seminole, Texas 79360
   Tel: 432-758-6383
   Fax: 432-758-9903
   loepkyfarms@crosswind.net

4. Friona Wheat Growers
   Gregg O'Brian - CEO
   P.O. Box 248
   103 East 5th Street
   Friona, TX 79035
   Tel: (806) 250-3211
   Fax: (806) 250-2150
   grego@frionawheatgrowers.com

5. Hansen Mueller
   Jack Hansen -CEO
   12231 Emmet Street
   Omaha, NE 68164
   Tel: (402) 491-3385
   Fax: (402) 491-0645
   J.hansen@hmgrain.com

6. Ferm-Solutions Inc.
   Melissa Baker
   PO Box 203
   Danville, KY 40423
   Tel: (859) 402-8707 ext. 191
   Fax (859) 239-3040
   mbaker@ferm-solutions.com

7. Triple Nickel, Inc.
   Chad Nickels
   808 West 19th Street
   Muleshoe, Texas 79347
   Tel: (806) 272-7500
   Fax: (806)272-7504
   chad@cknickels.com

8. Plains Grain Company Inc.
   James Shannon
   P.O. Box 188

Abernathy, Texas 79311
Tel: (806) 298-2521
Fax: (806)-298-2047
pgc.pgrb@gmail.com

The United States Trustee reserves the right to change committee membership including the right to appoint additional members.

DATED:  May 9, 2011                                    Respectfully submitted

                       WILLIAM T. NEARY
                       UNITED STATES TRUSTEE

/s/ Nancy Sue Resnick
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1088
nancy.s.resnick@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true copy of this document was filed by ecf on May 10, 2011 2011, and sent by regular first class United States to the Debtor, Debtor's counsel, the members of the unsecured creditors committee  and  their respective counsel.

/s/ Nancy Resnick
Nancy Resnick