I. Richard Levy
State Bar No. 12265020
Christopher M. McNeill
State Bar No. 24032852
Susan Frierott
State Bar No. 24041247
**BLOCK & GARDEN, LLP**
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

APPLICANTS FOR COUNSEL TO LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C., DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **LEVELLAND/HOCKLEY COUNTY** | § | CASE NO. 11-50162-11 |
| **ETHANOL, LLC** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |
| | § | |
| | § | |

## MOTION TO SET EXPEDITED HEARING ON EXPEDITED MOTION OF THE DEBTOR UNDER 11 U.S.C. §§105, 363 AND 364 TO APPROVE ENTRY INTO ASSET MANAGEMENT AGREEMENT WITH TENASKA BIOFUELS, LLC AND FOR RELATED RELIEF

Levelland/Hockley County Ethanol, LLC ("Levelland Ethanol" or the "Debtor"), debtor and debtor in possession in the above-referenced chapter 11 case, by and through its undersigned counsel, files this *Motion to Set Expedited Hearing on Expedited Motion Of The Debtor Under 11 U.S.C. §§363 and 364 To Approve Entry Into Asset Management Agreement With Tenaska BioFuels, LLC and For Related Relief* (the "Motion to Approve Tenaska Agreement"). In support of this Motion, Debtor respectfully shows as follows:

1.      The Debtor filed its voluntary petition under chapter 11 on April 27, 2011 (the "Petition Date").  Pursuant to 11 U.S.C. §§1107(a) and 1108, Debtor now operates its business and manages its properties as a debtor in possession.  The Court has designated the case as a complex chapter 11 case under the Local Bankruptcy Rules.  The U.S. Trustee has formed an official creditors' committee as of Monday, May 9, 2011, the appointment of which is expected to be finalized in the next few days.

2.      Resuming full operation of its ethanol plant is the single, most critical step to a successful reorganization for the Debtor.  The Debtor cannot find "conventional" DIP financing sufficient to operate the plant.  Entry into the Tenaska Agreement that is set forth in the related Motion to Approve Tenaska Agreement is essential to the Debtor's operations and future reorganization prospects.  As such, it is one of the "first day" motions for which the Debtor needs the Court's prompt approval.

3.      The relief requested in the Debtor's Application is extremely time sensitive.  Relief is sought under 11 U.S.C. §363(c) as an agreement outside ordinary curse of business and §364(b) relating to limit matters for post petition financing arraignments.

4.      Expedited consideration is necessary because the restarting of the Debtor's ethanol operations depends on the supply and output arrangement set forth in the Tenaska Agreement.  Working capital alternatives are not available to the Debtor.

5.      The Debtor seeks to set the Motion to Approve the Tenaska Agreement on the court's docket for May 17, 2011.  However, the major secured lender, a bank group headed by GE Financial Services, Inc. has informed counsel to the Debtor that it

is opposed to setting the Motion at that early a date, although it did not take a position on a date later in the month but prior to the 21 day notice provisions.

WHEREFORE PREMISES CONSIDERED, the Debtor prays the Court enter an order granting this Motion by setting an expedited hearing as early as possible during the month of May 2011 and setting an expedited response time and schedule with respect to the hearing and for such other and further relief as is just.

Dated:  May 10, 2011.                                    Respectfully submitted,

**BLOCK & GARDEN, LLP**

_/s/ Richard Levy_
I. Richard Levy
State Bar No. 12260520
Christopher M. McNeill
State Bar No. 24032852
Susan Frierott
State Bar No. 24041247
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
_levy@bgvllp.com_

## CERTIFICATE OF SERVICE

I certify that on May 10, 2011, a copy of the foregoing Motion was served via ECF notice upon the parties filing a notice of appearance in the case, upon Paul Heath, counsel for GE via e-mail, upon the shortened service list prescribed in the Complex Chapter 11 Procedures on an expedited basis as detailed on the attached service list and upon the United States Debtor's Office by e-mail and facsimile.

_/s/  I. Richard Levy_
I. Richard Levy

In re Levelland/Hockley County Ethanol, LL                          Bankr. Case No. 11-50162-RLJ-11

Shortened Service List  05/10/2011

Levelland/Hockley County Ethanol, LLC
Att: James P. Halbert
103 S. FM 2646, PO Box 26
Levelland, TX  79336-0026

**Debtor**       **via e-mail**

I. Richard Levy
Block & Garden, LLP
5949 Sherry Lane, Suite 900
Dallas, TX  75225

**Counsel to Debtor**              **by hand**

Nancy S. Resnick, Esq.
Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX  75242-1699

**Counsel to US Trustee**       **via email**

Mr. Jamie Weber
GE Energy Financial Services
800 Long Ridge Road
Stamford, CT  06830

**Senior Secured**       **via email jamie.weber@ge.com**

Paul E. Heath, Esq.
Rebecca Petereit, Esq.
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
**Counsel to GE**       **via ECF**
**pheath@velaw.com;rpetereit@velaw.com**

Duston K. McFaul, Esq.
Vinson & Elkins Llp
1001 Fannin Street
Suite 2500
Houston, Texas 77002-6760

**Counsel to GE**       **via ECF  dmcfaul@velaw.com**

Farmers Energy Levelland, LLC
Att: Doug Bruggeman
2875 Needmore Road
Dayton, OH  45414

**Subordinated Secured Creditor**       **via email**

Permian Basin Railway Co., Inc.
Att: Ed Ellis
118 S. Clinton St.
Chicago, IL  60661
**20 Largest**       **via e-mail ellise@iowapacific.com;**
**mardod@iowapacific.com**

Plains Grain Co, Inc.
Att: James Shannon
PO Box 188
Abernathy, TX  79311

**20 Largest**       **via e-mail**

Bosselman Energy, Inc.
3123 W Stolley Park Road
Grand Island, NE  68801

**20 largest**       **via email**

CEI Pipeline
Att: Tim Shanahan
701 Cedar Lake Blvd.
Oklahoma City, OK  73114

**20 largest**       **via e-mail**

David R. Langston, Esq.
Mullin Hoard & Brown, LLP
P.O. Box 2585
Lubbock, Texas 79408

**Counsel for CEI Pipeline   via ECF   drl@mhba.com**

Ferm Solutions
Att: Shane Baler
PO Box 203
445 Roy Arnold Ave.
Danville, KY  40423

**20 largest   via e-mail  mbaker@ferm-solutions.com**

First Insurance Funding Corp
P.O. Box 66468
Chicago, IL  60666-0468

**20 largest**       **via fax**

In re Levelland/Hockley County Ethanol, LL    Bankr. Case No. 11-50162-RLJ-11

Shortened Service List  05/10/2011

Friona Wheat Growers
Att: Greg O'Brien
P.O. Box 248
Friona, Tx  79035

*20 largest              via fax 806-250-2150*
*via email    grego@frionawheatgrowers.com*

Genencor/Danisco US Inc
Att: Amber Trumbull
PO Box 7247-8528
Philadelphia, PA  19170-8528

*20 largest         via fax 585-256-525*

Hansen Mueller
Att: Chris Rau
8951 Synergy Dr., Ste. 224
McKinney, TX  75070

*20 Largest          via e-mail*

J.D. Heiskell & Co.
Att; Tim Regan
1616 S. Kentucky
Amarillo, Tx  79102

*20 largest          via e-mail*

Land of Lakes Purina Mills
Att: Mike Johnston
P.O. Box 64102, Mail Station 5505
St. Paul, MN  55164

*20 Largest          via fax*

John & Neta Loepky Farms
Att: John Loepky
430 US HWY 180 West
Seminole, Tx  79360

*20 largest              mail*

Nathan Segal & Company
Att: Jack Goldman
P.O. Box 272189
Houston, TX  77277-2189

*20 Largest          via email jackg@nathansegal.com*

Gary Neill Trucking
Att: Gary Neill
1102 E. Archer Road
Seymour, TX  76380

*20 Largest          via fax 940-889-4772*

Farmer's Co-Op Elevator
Dean Sasser
P.O. Box 1087
Levelland, TX  79336

*20 largest          via e-mail*

Julian Coleman
810 W. 16th Street
Lamesa, TX  79331
*20 largest          via mail*

Kenneth Weston, Esq
Courtney, Countiss, Brian & Bailey, LLP
600 S. Tyler St. Suite 1700
Amarillo, TX  79105

***Attorney for JD Heiskell          via ECF***

Lariat Dairy Inc.
Att: Jason Bryan - Commodities Plus
P O Box 1036
Farwell, TX  79325

*20 Largest          via fax*

Opplinger Feedyard Inc.
Att: Don Oppliger
P O Box 854, 520 CR 14
Clovis, NM  88101

*20 Largest          via e-mail*

Sanderson Grain
Att: Les Wilks-Titan
P.O. Box 116
Springlake, Tx  79082

*20 largest          via fax*

In re Levelland/Hockley County Ethanol, LL        Bankr. Case No. 11-50162-RLJ-11

Shortened Service List   05/10/2011

Triple Nickel Inc.
808 W. 19th
Muleshoe, Tx  79347

***20 largest        Ovwernight mail***

Laura J. Monroe, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. Box 817
Lubbock, Tx 79408

***South Plains College, Hockley County And Levelland
Independent School District      via email***

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

***GovernmentNotice   Overnight mail***

United States Attorney
3rd Floor, 1100 Commerce St.
Dallas, TX  75242-1699

***Government Notice        Overnigt mail***

Doug Bruggeman
Rex American Resources
2875 Needmore Rd.
Dayton, OH  45414
dbruggeman@rexamerican.com

***Largest Member Interest       via email***

Myrtle McDonald
Myrtle McDonald, PLLC
3305 66th Street, Suite 3
Lubbock, TX 79413

***West Texas St. Bank      via fax (806) 589-0790***

State Comptroller of Public Accounts
Revenue Acctg-Bankr. Section
PO Box 13528
Austin , TX  78711

***Government Notice       overnight-mail***

After printing the motion you can generate the accompanying order.
**Generate Order**

BTXN 146 (rev. 03/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.:  11-50162-RLJ-11 |
| | § | |
| Levelland/Hockley County Ethanol, | § | Adversary No.: |
| LLC | § | |
| | § | |
| Debtor(s) | § | |
| | § | |
| | § | |
| Plaintiff(s) | § | |
| | § | |
| | § | |
| vs. | | |
| | | |
| Defendant(s) | | |

**MOTION FOR SETTING AND
REQUEST FOR EXPEDITED HEARING**

1. Leveeland/Hockley County Ethanol, LLC hereby requests that a hearing be set on the Expedited Motion of the Debtor under ss.105,363 and 364 to Approve Entry nto Asset Managment Agreeent with Tenaska BioFuels, LLC and for Related Relief not later than May 17 or Lubock docket after May 23, 2011. Hearing by such date is necessary because Resuming full operation of Debtor's ethanol plant is the single, most critical step to a successful reorganization for the Debtor. The Debtor cannot find "conventional" DIP financing sufficient to operate the plant. Entry into the Tenaska Agreement that is set forth in the related Motion to Approve Tenaska Agreement is essential to the Debtor's operations and future reorganization prospects. As such, it is one of the "first day" motions for which the Debtor needs the Court's prompt approval. The relief requested in the Debtor's Motion is extremely time sensitive. Relief is sought under 11 U.S.C. §363(c) as an agreement outside ordinary curse of business and §364(b) relating to limit matters for post petition financing arraignments. Expedited consideration is necessary because the restarting of the Debtor's ethanol operations depends on the supply and output arrangement set forth in the Tenaska Agreement. Working capital alternatives are not available to the Debtor..

2. Notice of proposed expedited hearing will be provided to GE Financial Services, Inc. (Senior Secured Lender); U.S. Trustee's Office; Creditor's Committee (in formation stage); Debtor; Farmer's Energy Levelland, LLC (subordinated secured lender); by Leveeland/Hockley County Ethanol, LLC and will be sufficient because Had meetings with GE and explained terms of Agreement in detail; described terms of transaction to unsecured creditors at committee formation meeting held on May 9, 2011.

3. A hearing was not requested earlier because Terms of Tenaska Agreement

BTXN 146 (rev. 09/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.:  11-50162-RLJ-11 |
| | § | |
| Levelland/Hockley County Ethanol, | § | Adversary No.: |
| LLC | § | |
| | § | |
| Debtor(s) | § | |
| | § | |
| | § | |
| | § | |
| Plaintiff(s) | § | |
| | § | |
| | § | |
| vs. | | |
| | | |
| Defendant(s) | | |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on Expedited Motion of the Debtor under ss.105,363 and 364 to Approve Entry nto Asset Managment Agremeent with Tenaska BioFuels, LLC and for Related Relief by Leveeland/Hockley County Ethanol, LLC is GRANTED / DENIED.

Hearing is set for _____ at _____ o/clock ___ M.

# # # End of Order # # #