Stephen Pezanosky (TBN 15881850)
Mark Elmore (TBN 24036523)
Erik Martin (TBN 24060227)
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
stephen.pezanosky@haynesboone.com
mark.elmore@haynesboone.com
erik.martin@haynesboone.com

PROPOSED ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **LEVELLAND-HOCKLEY COUNTY ETHANOL, LLC,** | § § | **CASE NO. 11-50162-rlj-11** |
| | § | |
| **DEBTOR.** | § § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") files this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on the Committee by serving:

Stephen Pezanosky
Mark Elmore
Erik Martin
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
E-Mail: stephen.pezanosky@haynesboone.com
E-Mail: mark.elmore@haynesboone.com
E-Mail: erik.martin@haynesboone.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 11, 2011.

**HAYNES AND BOONE, LLP**

By:   */s/ Stephen Pezanosky*
    Stephen Pezanosky (TBN 15881850)
    Mark Elmore (TBN 24036523)
    Erik Martin (TBN 24060227)
    Haynes and Boone, LLP
    2323 Victory Avenue, Suite 700
    Dallas, TX 75219
    Telephone: (214) 651-5000
    Facsimile: (214) 651-5940
    stephen.pezanosky@haynesboone.com
    mark.elmore@haynesboone.com
    erik.martin@haynesboone.com

    PROPOSED ATTORNEYS FOR THE
    OFFICIAL COMMITTEE OF
    UNSECURED CREDITORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2011, a true and correct copy of the foregoing document was served (i) by e-mail or United States first class mail, postage prepaid (as indicated) upon the parties listed on the attached service list and (ii) by e-mail upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system.

    */s/ Stephen Pezanosky*
    Stephen Pezanosky

## SERVICE LIST

**Debtor:**

Levelland-Hockley County Ethanol, LLC
Attn: James P. Halbert
103 S. FM 2646, PO Box 26
Levelland, TX 79336

**Debtor's Counsel:**

I. Richard Levy
Block & Garden, LLP
5949 Sherry Lane, Suite 900
Dallas, TX 75225
Email: levy@bgvllp.com

**United States Trustee:**

Nancy S. Resnick
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Secured Creditors:**

GE Energy Financial Services
Attn: Jamie Weber
800 Long Ridge Road
Stamford, CT 06830
Email: jamie.weber@ge.com

Farmers Energy Levelland, LLC
Attn: Doug Bruggeman
2875 Needmore Road
Dayton, OH 45414

Rex American Resources
Attn: Doug Bruggeman
2875 Needmore Rd.
Dayton, OH 45414

**20 Largest Unsecured Creditors:**

Permian Basin Railway Company, Inc.
Attn: Ed Ellis
118 S. Clinton St
Chicago, IL 60661
Email: ellise@iowapacific.com
         mardod@iowapacific.com

Hansen Mueller
Attn: Chris Rau
8951 Synergy Dr., Suite 224
McKinney, TX 75070

Plains Grain Co., Inc.
Attn: James Shannon
P.O. Box 188
Abernathy, TX 79311

J.D. Heiskell & Co.
Attn: Tim Regan
1616 S. Kentucky
Amarillo, TX 79102

Oppliger Feedyard Inc.
P.O. Box 854
520 CR 14
Clovis, NM 88101

Land of Lakes Purina Mills
Attn: Mike Johnston
P.O. Box 64102, Mail Station 5505
St. Paul, MN 55164

Friona Wheat Growers
Attn: Greg O'Brien
P.O. Box 248
Friona, TX 79035
Email: grego@frionawheatgrowers.com

Ferm Solutions
Attn: Shane Baler
PO Box 203
Danville, KY 40423
Email: mbaker@ferm-solutions.com

Triple Nickel Inc.
808 W. 19th
Muleshoe, TX 79347

CEI Pipeline
Attn: Tim Shanahan
701 Cedar Lake Blvd.
Oklahoma City, OK 73114

Gary Neill Trucking
Attn: Gary Neill
1102 E. Archer Rd.
Seymour, TX 76380

Farmer's Co-Op Elevator
Attn: Dean Sasser
P.O. Box 1087
Levelland, TX 79336

Genencor/Danisco US Inc
Attn: Amber Trumbull
PO Box 7247-8528
Philadelphia, PA 19170-8528

Nathan Segal & Company
Attn: Jack Goldman
P.O. Box 272189
Houston, TX 77277-2189
Email: jackg@nathansegal.com

First Insurance Funding Corp
P.O. Box 66468
Chicago, IL 60666-0468

John & Neta Loepky Farms
Attn: John Loepky
430 US Hwy. 180 West
Seminole, TX 79360

Bosselman Energy, Inc.
3123 W Stolley Park Road
Grand Island, NE 68801

Lariat Dairy Inc.
Attn: Jason Bryan – Commodities Plus
P.O. Box 1036
Farwell, TX 79325

Julian Coleman
810 W. 16th Street
Lamesa, TX 79331

Sanderson Grain
Attn: Les Wilks-Titan
P.O. Box 116
Springlake, TX 79082

Opplinger Feedyard Inc.
Attn: Don Oppliger
PO Box 854, 520 CR 14
Clovis, NM 88101

**Notice of Appearance Parties:**

David R. Langston
Mullin Hoard & Brown, LLP
PO Box 2585
Lubbock, TX 79408
Email: drl@mhba.com

Paul E. Heath
Rebecca L. Petereit
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Email: pheath@velaw.com
          rpetereit@velaw.com

Duston K. McFaul
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Email: dmcfaul@velaw.com

Kenneth E. Weston
Dusty J. Stockard
Courtney, Countiss, Brian
  & Bailey, L.L.P.
PO Box 9238
Amarillo, TX 79105

Myrtle McDonald
Myrtle McDonald, PLLC
3305 66th Street, Suite 3
Lubbock, TX 79413

Laura J. Monroe
Perdue, Brandon, Fielder, Collins
  & Mott, L.L.P.
PO Box 817
Lubbock, TX 79408
Email: lmonroe@pbfcm.com

**Other Parties in Interest:**

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

State Comptroller of Public Accounts
Revenue Acctg-Bankr. Section
PO Box 13528
Austin, TX 78711

United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242