Stephen M. Pezanosky
Texas Bar No. 15881850
Mark Elmore
Texas Bar No. 24036523
Erik K. Martin
Texas Bar No. 24060227
**HAYNES AND BOONE, LLP**
201 Main Street, Suite 2200
Fort Worth, TX 76102
Telephone: (817) 347-6600
Facsimile: (817) 347-6500
stephen.pezanosky@haynesboone.com
mark.elmore@haynesboone.com
erik.martin@haynesboone.com

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-50162-rlj-11 |
| LEVELLAND/HOCKLEY COUNTY | § | |
| ETHANOL, L.L.C. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

**OBJECTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO THE MOTION TO SET EXPEDITED HEARING ON EXPEDITED
MOTION OF THE DEBTOR UNDER 11 U.S.C. §§ 105, 363 AND 364 TO
APPROVE ENTRY INTO ASSET MANAGEMENT AGREEMENT WITH
TENASKA BIOFUELS, LLC AND FOR RELATED RELIEF**

The Official Committee of Unsecured Creditors of Levelland/Hockley County Ethanol, L.L.C. (the "*Committee*") hereby files this Objection (the "*Objection*") to the *Motion to Set Expedited Hearing on Expedited Motion of the Debtor under 11 U.S.C. §§ 105, 363 and 364 to Approve Entry into Asset Management Agreement with Tenaska BioFuels, LLC and for Related Relief* [Docket No. 28] (the "*Motion to Expedite*") filed by the debtor in the above-captioned case (the "*Debtor*") and respectfully represents the following:

# I. FACTUAL AND PROCEDURAL BACKGROUND

1. On April 27, 2011 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Northern District of Texas, Lubbock Division.

2. On May 9, 2011, the Office of the United States Trustee (the "***UST***") appointed the following nine (9) members to the Committee: (i) West Texas and Lubbock Railway; (ii) Oppliger Feedyard Inc.; (iii) Loepky Farms; (iv) Friona Wheat Growers; (v) Hansen Mueller; (vi) Ferm-Solutions Inc.; (vii) Triple Nickel, Inc.; (viii) Plains Grain Company Inc.; and (ix) Nathan Segal & Co.

3. The Debtor filed its *Expedited Motion of the Debtor under 11 U.S.C. §§ 105, 363 and 364 to Approve Entry into Asset Management Agreement with Tenaska Biofuels, LLC and for Related Relief* [Docket No. 24] (the "***Tenaska Motion***") on May 10, 2011. Contemporaneously, the Debtor filed the Motion to Expedite requesting that the Court set the Tenaska Motion for hearing on Tuesday, May 17, 2011.

4. On May 11, 2011, the Committee retained, subject to Bankruptcy Court approval, Haynes and Boone, LLP ("***Haynes and Boone***") as counsel for the Committee.

5. The Court set the Motion to Expedite for hearing on May 17, 2011.

# II. OBJECTIONS AND BASIS THEREFOR

6. The Committee objects to an expedited hearing on the Tenaska Motion. The UST appointed the Committee on Monday, May 9, 2011, and the Committee selected Haynes and Boone as its counsel effective May 11, 2011. The Committee and its counsel have been working diligently to analyze all aspects of the Debtor's financial affairs, including the Tenaska Motion. The Committee simply has not, however, had sufficient time to properly assess the propriety of

the Tenaska Motion.[1] Indeed, the Committee has not even been given a copy of the Tolling Agreement that is the subject of the Tenaska Motion as of the filing of this Objection.

7. The Debtor requests significant relief through the Tenaska Motion, and such relief, if granted, may have a substantial effect on how this Chapter 11 case moves forward. With that predicate, the Committee requires more than the remaining four days to obtain and evaluate the information necessary to determine whether the underlying Tolling Agreement between the Debtor and Tenaska BioFuels, LLC is in the best interests of the Debtor's estate and its unsecured creditor body. As such, the Court should deny the Motion to Expedite and set the Tenaska Motion for hearing on a future date, in no event earlier than May 31, 2011, to allow the Committee and other parties-in-interest sufficient time to assess the merits of the Tenaska Motion and underlying Tolling Agreement.

WHEREFORE, the Committee respectfully requests that the Court deny the Debtor's Motion to Expedite and grant the Committee such other relief as is just and proper.

Dated: May 13, 2011

     /s/ Stephen M. Pezanosky
Stephen M. Pezanosky (TX Bar No. 15881850)
Mark Elmore (TX Bar No. 24036523)
Erik K. Martin (TX Bar No. 24060227)
**HAYNES AND BOONE, LLP**
201 Main Street, Suite 2200
Fort Worth, TX 76102
Telephone: (817) 347-6600
Facsimile: (817) 347-6500
stephen.pezanosky@haynesboone.com
mark.elmore@haynesboone.com
erik.martin@haynesboone.com

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

---

[1] To be clear, the Committee has not yet taken a position on the relief requested in the Tenaska Motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2011, a true and correct copy of the foregoing document was served upon all parties on the attached Master Service List via e-mail or United States first class mail, postage prepaid, as indicated, in accordance with the Federal Rules of Bankruptcy Procedure and by e-mail upon the parties that receive notifications in this case pursuant to the Court's ECF system.

                                                */s/ Erik K. Martin*
                                                Erik K. Martin

# SERVICE LIST

**Debtor:**

Levelland-Hockley County Ethanol, LLC
Attn: James P. Halbert
103 S. FM 2646, PO Box 26
Levelland, TX 79336

**Debtor's Counsel:**

I. Richard Levy
Block & Garden, LLP
5949 Sherry Lane, Suite 900
Dallas, TX 75225
Email: levy@bgvllp.com

**United States Trustee:**

Nancy S. Resnick
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Secured Creditors:**

GE Energy Financial Services
Attn: Jamie Weber
800 Long Ridge Road
Stamford, CT 06830
Email: jamie.weber@ge.com

Farmers Energy Levelland, LLC
Attn: Doug Bruggeman
2875 Needmore Road
Dayton, OH 45414

Rex American Resources
Attn: Doug Bruggeman
2875 Needmore Rd.
Dayton, OH 45414

**20 Largest Unsecured Creditors:**

Permian Basin Railway Company, Inc.
Attn: Ed Ellis
118 S. Clinton St
Chicago, IL 60661
Email: ellise@iowapacific.com
       mardod@iowapacific.com

Hansen Mueller
Attn: Chris Rau
8951 Synergy Dr., Suite 224
McKinney, TX 75070

Plains Grain Co., Inc.
Attn: James Shannon
P.O. Box 188
Abernathy, TX 79311

J.D. Heiskell & Co.
Attn: Tim Regan
1616 S. Kentucky
Amarillo, TX 79102

Oppliger Feedyard Inc.
P.O. Box 854
520 CR 14
Clovis, NM 88101

Land of Lakes Purina Mills
Attn: Mike Johnston
P.O. Box 64102, Mail Station 5505
St. Paul, MN 55164

Friona Wheat Growers
Attn: Greg O'Brien
P.O. Box 248
Friona, TX 79035
Email: grego@frionawheatgrowers.com

Ferm Solutions
Attn: Shane Baler
PO Box 203
Danville, KY 40423
Email: mbaker@ferm-solutions.com

Triple Nickel Inc.
808 W. 19th
Muleshoe, TX 79347

CEI Pipeline
Attn: Tim Shanahan
701 Cedar Lake Blvd.
Oklahoma City, OK 73114

Gary Neill Trucking
Attn: Gary Neill
1102 E. Archer Rd.
Seymour, TX 76380

Farmer's Co-Op Elevator
Attn: Dean Sasser
P.O. Box 1087
Levelland, TX 79336

Genencor/Danisco US Inc
Attn: Amber Trumbull
PO Box 7247-8528
Philadelphia, PA 19170-8528

Nathan Segal & Company
Attn: Jack Goldman
P.O. Box 272189
Houston, TX 77277-2189
Email: jackg@nathansegal.com

First Insurance Funding Corp
P.O. Box 66468
Chicago, IL 60666-0468

John & Neta Loepky Farms
Attn: John Loepky
430 US Hwy. 180 West
Seminole, TX 79360

Bosselman Energy, Inc.
3123 W Stolley Park Road
Grand Island, NE 68801

Lariat Dairy Inc.
Attn: Jason Bryan – Commodities Plus
P.O. Box 1036
Farwell, TX 79325

Julian Coleman
810 W. 16th Street
Lamesa, TX 79331

Sanderson Grain
Attn: Les Wilks-Titan
P.O. Box 116
Springlake, TX 79082

Opplinger Feedyard Inc.
Attn: Don Oppliger
PO Box 854, 520 CR 14
Clovis, NM 88101

**Notice of Appearance Parties:**

David R. Langston
Mullin Hoard & Brown, LLP
PO Box 2585
Lubbock, TX 79408
Email: drl@mhba.com

Paul E. Heath
Rebecca L. Petereit
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Email: pheath@velaw.com
       rpetereit@velaw.com

Duston K. McFaul
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Email: dmcfaul@velaw.com

Kenneth E. Weston
Dusty J. Stockard
Courtney, Countiss, Brian
  &amp; Bailey, L.L.P.
PO Box 9238
Amarillo, TX 79105
Email: kweston@courtneylawfirm.com
       dstockard@courtneylawfirm.com

Myrtle McDonald
Myrtle McDonald, PLLC
3305 66th Street, Suite 3
Lubbock, TX 79413

Laura J. Monroe
Perdue, Brandon, Fielder, Collins
  &amp; Mott, L.L.P.
PO Box 817
Lubbock, TX 79408
Email: lmonroe@pbfcm.com

Nolan Greak
8008 Slide Road, Suie 30
Lubbock, TX 79424
Email: gsfirm@greaklaw.com

**Other Parties in Interest:**

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

State Comptroller of Public Accounts
Revenue Acctg-Bankr. Section
PO Box 13528
Austin, TX 78711

United States Attorney
1100 Commerce Street, 3rd Floor
Dallas, TX 75242