**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **LEVELLAND/HOCKLEY COUNTY** | § | CASE NO. 11-50162-RLJ-11 |
| **ETHANOL, L.L.C** | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |
| | § | |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the  beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  *(Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the  spouses are separated and a joint petition is not filed.)*

Case 11-50162-rlj11 Doc 44 Filed 05/17/11 Entered 05/17/11 21:47:57 Desc Main
Document Page 2 of 14

In re Levelland/Hockley County Ethanol, LLC                                   Bankr. Case. No. 11-50162-RLJ-11

Statement of Financial Affairs

| PERIOD/YEAR | AMOUNT | SOURCE |
|---|---|---|
| Jan. 1, 2011 – Apr. 27, 2011 | $1,435,343.25 | Operation of business |
| Calendar 2010 | $65,844,057.06 | Operation of business |
| Calendar 2009 | $70,984,353.71 | Operation of business |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. *(Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| PERIOD/YEAR | AMOUNT | SOURCE |
|---|---|---|
| Jan. 1, 2011 – Apr. 27, 2011 | $183.39 | Interest, Vndng Comms'n |
| Calendar 2010 | $310,864.23 | Various (see Rider 2) |
| Calendar 2009 | $754,567.99 | Various (see Rider 2) |

**3. Payments to creditors** *(Complete a. or b., as appropriate, and c).*

None ■ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. *(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Rider 3.b. | | | |

Case 11-50162-rlj11 Doc 44 Filed 05/17/11 Entered 05/17/11 21:47:57 Desc Main Document Page 3 of 14

In re Levelland/Hockley County Ethanol, LLC  
Statement of Financial Affairs  
Bankr. Case. No. 11-50162-RLJ-11

None 

    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None 

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. *(Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| J.D. Heiskell Holdings, L.L.C DBA J.D. Heiskell & Company vs. Levelland Hockley County Ethanol, LLC  Civil Cause # 11-02-22490 | Suit on Account and Contract | 286th District Court of Hockley County, Texas | pre-trial |
| Hansen-Mueller Co. v. Levelland Hockley County Ethanol, LLC Civil Cause #11-03-22530 | Other Debt/Contract | 286th District Court of Hockley County, Texas | pre-trial |

None 

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**5. Repossessions, foreclosures and returns**

None 

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**6. Assignments and receiverships**

None 

    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

None 

    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Case 11-50162-rlj11    Doc 44    Filed 05/17/11    Entered 05/17/11 21:47:57    Desc Main
Document    Page 4 of 14

In re Levelland/Hockley County Ethanol, LLC                                Bankr. Case. No. 11-50162-RLJ-11
Statement of Financial Affairs

### 7. Gifts

☐ None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. *(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCR. AND VALUE OF GIFT |
|---|---|---|---|
| Panhandle Grain & Feed Assoc | Member | 5/3/10 | $2,500.00 Sponsorship |
| Levelland Girls Softball Assoc | None | 5/6/10 | $100.00 Donation |
| Levelland Cheerleaders | None | 9/8/10 | $125.00 Donation |

### 8. Losses

☐ None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. *(Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

### 9. Payments related to debt counseling or bankruptcy

☐ None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION OF VALUE OF PROPERTY |
|---|---|---|
| Block & Garden, LLP<br>5949 Sherry Lane, Suite 900<br>Dallas, TX 75225 | 4/26/11 | $81,748.66 |

### 10. Other transfers

☐ None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

☐ None

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**


None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. *(Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME & ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND FINAL BALANCE | AMOUNT AND DATE OF CLOSING |
|---|---|---|
| City Bank Texas<br>P.O. Box 5060<br>Lubbock, TX 79408-7101 | Checking<br>Account # 2018　$2,044.55 | February 4, 2011<br>$2,044.55 |

**12. Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. *(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**13. Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**


None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Case 11-50162-rlj11 Doc 44 Filed 05/17/11 Entered 05/17/11 21:47:57 Desc Main
Document Page 6 of 14

In re Levelland/Hockley County Ethanol, LLC     Bankr. Case. No. 11-50162-RLJ-11
Statement of Financial Affairs

**17. Environmental Information.**

None ■    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Levelland Hockley County Ethanol, LLC<br>103 South FM 2646<br>Levelland, TX 79336 | TCEQ, 5012-50th Street, Suite 100, Lubbock, TX 79414-3412 | 6/29/09 (closed) | Air Quality |
| Levelland Hockley County Ethanol, LLC<br>103 South FM 2646<br>Levelland, TX 79336 | TCEQ, 5012-50th Street, Suite 100, Lubbock, TX 79414-3412 | 7/2/09 (closed) | Air Quality |
| Levelland Hockley County Ethanol, LLC<br>103 South FM 2646<br>Levelland, TX 79336 | TCEQ, 5012-50th Street, Suite 100, Lubbock, TX 79414-3412 | 4/1/11 (open) | Air Quality |

None ☐    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| Levelland Hockley County Ethanol, LLC<br>103 South FM 2646<br>Levelland, TX 79336 | TCEQ, 5012-50th Street, Suite 100, Lubbock, TX 79414-3412 | 1/26/10 (closed) | Waste (Industrial and Hazardous Waste) |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18 . Nature, location and name of business**

None 

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED |
|---|---|
| Bille Fidaleo<br>103 South FM 2646<br>Levelland, TX 79336 | 3/2008 - 2/2011 |
| Rick Stamps<br>103 South FM 2646<br>Levelland, TX 79336 | 3/2009 - Present |

None

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| Deloitte & Touche LLP | 1700 Courthouse Plaza NE<br>10 W Second Street<br>Dayton, Ohio 45402-1788 | Audit of December 31, 2008 Year End Financials<br>Audit of December 31, 2009 Year End Financials<br>Audit of December 31, 2010 Year End Financials |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Rick Stamps | 103 South FM 2646 Levelland, TX 79336 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME ADDRESS | DATE ISSUED |
|---|---|
| Farmer's Energy Levelland, LLC 2875 Needmore Rd. Dayton, OH 45414 | 12/31/2008 Year End Financials Issued June/July 2009 |
| | 12/31/2009 Year End Financials Issued June/July 2010 |
| GE Energy Financial Services 800 Long Ridge Road Stamford, CT 06927 | 12/31/2008 Year End Financials Issued June/July 2009 |
| | 12/31/2009 Year End Financials Issued June/July 2010 |

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY *(SPECIFY COST, MARKET OR BASIS)* |
|---|---|---|
| February 2011 | Rodney Penton | $538,249.87 |
| March 2011 | Rodney Penton | $846,791.11 |

None ☐ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME & ADDRESS OF CUSTODIAN OF RECORDS |
|---|---|
| February 2011 | Rick Stamps 103 South FM 2646 Levelland, TX 79336 |
| March 2011 | Rick Stamps 103 South FM 2646 Levelland, TX 79336 |

Case 11-50162-rlj11    Doc 44    Filed 05/17/11    Entered 05/17/11 21:47:57    Desc Main
Document    Page 9 of 14

In re Levelland/Hockley County Ethanol, LLC                                    Bankr. Case. No. 11-50162-RLJ-11
Statement of Financial Affairs

### 21. Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME | TITLE | NATURE AND PERCENTAGE OF OWNERSHIP |
|---|---|---|
| W, Greg Methvin | Chairman of the Board | 2.96% membership interest |
| James P. Halbert | Chief Restructuring Officer; Secretary | 1.38% membership interest |
| Ricky Neal | Treasurer | 1.79% membership interest |
| Farmer's Energy Levelland, LLC<br>2875 Needmore Rd.<br>Dayton, OH 45414 | Member | 48.9% membership interest |
| Chaparral Biofuels, L.L.C.<br>701 Cedar Lake Blvd<br>Oklahoma City, OK 73114 | Member | 8.0% membership interest |

### 22. Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Doug Bruggeman<br>C/O Rex America<br>2875 Needmore Rd<br>Dayton, OH 45414 | Board Member | Jan. 1, 2011 |
| Zafar Rizvi<br>C/O Rex America<br>2875 Needmore Rd<br>Dayton, OH 45414 | Board Member | Jan. 1, 2011 |

Case 11-50162-rlj11    Doc 44    Filed 05/17/11    Entered 05/17/11 21:47:57    Desc Main
Document    Page 10 of 14

In re Levelland/Hockley County Ethanol, LLC                                    Bankr. Case. No. 11-50162-RLJ-11
Statement of Financial Affairs

**23. Withdrawals from a partnership or distributions by a corporation**

☐ None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Halbert<br>Board Member and Chief Restructuring Officer | Feb. 2, 2011 – Apr. 27, 2011<br>Remuneration and Expenses | $ 70,191.65 |

**24. Tax Consolidation Group.**

☐ None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Farmer's Energy Levelland, LLC<br>2875 Needmore Rd.<br>Dayton, OH 45414 | 20-5255767 |

**25. Pension Funds.**

■ None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: May 17, 2011          Signature:    /s/ James P. Halbert
                                          James P. Halbert, Chief Restructuring Officer

_4__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

**Statement of Financial Affairs**
2. Income other than from employment or operation of business

|  | Amount | Source |
|---|---|---|
| 01/01/2011 - 04/27/2011 | $87.68 | Interest - City Bank Sweep Account |
|  | $95.71 | Vending Machine Commission- Custom Foods |
|  |  |  |
| 01/01/2010 - 12/31/2011 | $304,897.19 | USDA Section 9005 Advanced Biofuel Payment |
|  | $4,905.67 | Interest - City Bank Sweep Account |
|  | $724.57 | Vending Machine Commission- Custom Foods |
|  | $336.80 | Scrap Metal - Jarvis Metals Recycling |
|  |  |  |
| 01/01/2009 - 12/31/2009 | $315,546.36 | Layne Christensen Lawsuit |
|  | $432,305.71 | USDA Section 9005 Advanced Biofuel Payment |
|  | $5,660.50 | Intersest - City Bank Sweep Account |
|  | $857.42 | Vending Machine Commission- Custom Foods |
|  | $198.00 | Scrap Metal - Jarvis Metals Recycling |

1 of 4 SOFA continuation pages

Case 11-50162-rlj11  Doc 44  Filed 05/17/11  Entered 05/17/11 21:47:57  Desc Main
Document    Page 12 of 14

In re Levelland/Hockley County Ethanol, LLC　　　　　　　　　　　　　　　　　　　　Bankr. Case. No. 11-50162-RLJ-11

Riders to Statement of Financial Affairs

**Statement of Financial Affairs**

**Rider 3. Payments to Creditors**

| Vendor Name | Address 1 | City | State | Zip | Payment Date | Payment Amount | Balance 4/27/11 |
|---|---|---|---|---|---|---|---|
| Block & Garden, LLP | 5949 Sherry Lane, Suite 900 | Dallas | TX | 75225 | 2/7/11 | $19,035.00 | |
| | | | | | 3/2/11 | $14,182.68 | |
| | | | | | 4/25/11 | $81,748.66 | |
| CEI Pipeline | 701 Cedar Lake Blvd. | Oklahoma City | OK | 73114 | 4/25/11 | $78,020.00 | $137,000.00 |
| De Lage Landen | PO Box 6608 | Wayne | PA | 19087-8608 | 2/11/11 | $3,406.20 | $0.00 |
| | | | | | 3/10/11 | $3,406.20 | |
| | | | | | 4/5/11 | $3,244.00 | |
| ERI Solutions, Inc. | 125 N. First St | Colwich | KS | 67030 | 4/13/11 | $6,233.34 | $6,233.32 |
| Farm Credit Leasing | 600 Highway 169 South | Minneapolis | MN | 55426 | 2/23/11 | $5,638.57 | $0.00 |
| | | | | | 3/23/11 | $5,723.15 | |
| | | | | | 4/13/11 | $5,638.57 | |
| Farmer's Co-Op Elevator | P.O. Box 1087 | Levelland | TX | 79336 | 2/10/11 | $412.83 | $78,916.36 |
| | | | | | 2/11/11 | $260.14 | |
| | | | | | 3/9/11 | $108.29 | |
| | | | | | 3/24/11 | $100.61 | |
| | | | | | 4/19/11 | $104.13 | |
| | | | | | 4/20/11 | $13,880.00 | |
| Ferm Solutions | PO Box 203 | Danville | KY | 40423 | 4/21/11 | $63,473.68 | $149,553.62 |
| First Insurance Funding Corp | P.O. Box 66468 | Chicago | IL | 60666-0468 | 3/3/11 | $17,490.94 | $68,572.32 |
| | | | | | 4/13/11 | $17,143.08 | |
| | | | | | 2/8/11 | $5,905.08 | $0.00 |
| | | | | | 2/11/11 | $17,143.08 | |
| | | | | | 3/8/11 | $4,091.22 | |
| | | | | | 4/6/11 | $6,880.08 | |
| Flottweg Separation Technology | PO Box 635920 | Cincinnati | OH | 45263-5920 | 2/11/11 | $38,486.00 | $0.00 |
| | | | | | 2/23/11 | $38,076.06 | |
| | | | | | 3/23/11 | $3,963.00 | |
| Fowler Energy Company | 4520 Spicewood Springs Rd | Austin | TX | 78759 | 2/23/11 | $2,400.00 | $4,800.00 |
| | | | | | 3/10/11 | $2,400.00 | |
| | | | | | 4/5/11 | $2,400.00 | |
| Genencor/Danisco US Inc | PO Box 7247-8528 | Philadelphia | PA | 19170-8528 | 2/23/11 | $4,911.30 | $71,349.85 |

2 of 4 SOFA continuation pages

Case 11-50162-rlj11   Doc 44   Filed 05/17/11   Entered 05/17/11 21:47:57   Desc Main
Document      Page 13 of 14

In re Levelland/Hockley County Ethanol, LLC                                                              Bankr. Case. No. 11-50162-RLJ-11
Riders to Statement of Financial Affairs

| Name | Address | City | State | Zip | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 3/10/11 | $3,406.20 | |
| | | | | | 4/20/11 | $136,020.00 | |
| James P Halbert | 122 Mountain View Circle | Burnet | TX | 78611-2908 | 2/2/11 | $12,274.78 | |
| | | | | | 2/28/11 | $19,302.64 | |
| | | | | | 4/1/11 | $20,251.00 | |
| | | | | | 4/26/11 | $18,363.23 | |
| Lamb County Electric Cooperative, Inc. | 2415 S. Phelps | Littlefield | TX | 79339-5699 | 2/18/11 | $62,411.21 | $0.00 |
| | | | | | 3/21/11 | $32,994.81 | |
| | | | | | 4/19/11 | $29,891.56 | |
| Layne Christensen Company | 9317 Payshpere Circle | Chicago | IL | 60674 | 2/11/11 | $38,571.92 | $0.00 |
| | | | | | 3/10/11 | $38,571.92 | |
| | | | | | 4/13/11 | $38,571.92 | |
| Mark West Power Tex L.P. | 1515 Araphahoe St. Tower 2, S | Denver | CO | 80202-2126 | 3/16/11 | $10,289.19 | $0.00 |
| Myatt, Blume & Fidaleo, LTD, LLP | 908 College Avenue | Levelland | TX | 79336 | 3/10/11 | $5,920.28 | $0.00 |
| New Mexico Department of Agriculture | PO Box 30005, MSC 3150 | Las Cruces | NM | 88003-8005 | 3/3/11 | $7,389.12 | $0.00 |
| | | | | | 3/16/11 | $4.00 | |
| Perten Financial Services | 1719 Route 10 East Suite 306 | Parsippany | NJ | 07054 | 2/1/11 | $1,993.20 | $0.00 |
| | | | | | 3/1/11 | $1,993.20 | |
| | | | | | 4/1/11 | $1,993.20 | |
| | | | | | 4/20/11 | $1,993.20 | |
| Randall Technology Services | 4231 Ridgecrest #A | Amarillo | TX | 79109 | 2/23/11 | $2,159.59 | $2,159.59 |
| | | | | | 3/16/11 | $2,159.59 | |
| | | | | | 4/20/11 | $2,159.59 | |
| Schimberg Co. | 1106 Shaver Road N.E. | Cedar Rapids | IA | 52402-4500 | 3/23/11 | $6,838.76 | $0.00 |
| Office of the Texas State Chemist | P O Box 3160 | College Station | TX | 77841-3160 | 2/11/11 | $8,431.90 | $0.00 |
| | | | | | 3/29/11 | $2,918.18 | |
| Top of Texas, Inc. | PO Box 233 | Hereford | TX | 79045-0233 | 3/10/11 | $7,363.71 | $17,639.44 |
| Univar | P.O. Box 849027 | Dallas | TX | 75284-9027 | 4/5/11 | $3,381.05 | $0.00 |
| | | | | | 4/21/11 | $64,957.00 | |
| U.S. Water Services | 12270 43rd Street NE | St. Michael | MN | 55376-8517 | 4/21/11 | $20,512.12 | $26,918.77 |
| Brad Walker | 6611 Hillcrest Ave., Suite 243 | Dallas | TX | 75205 | 1/28/11 | $10,013.36 | 0 |
| | | | | | 2/10/11 | $8,250.26 | |
| | | | | | 2/15/11 | $7,699.88 | |

3 of 4 SOFA continuation pages

In re Levelland/Hockley County Ethanol, LLC     Case 11-50162-rlj11    Doc 44    Filed 05/17/11    Entered 05/17/11 21:47:57    Desc Main    Bankr. Case. No. 11-50162-RLJ-11

Document     Page 14 of 14

Riders to Statement of Financial Affairs

| Name | Address | City | State | Zip | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | 3/10/11 | $3,406.20 | |
| | | | | | 2/23/11 | $15,444.44 | |
| | | | | | 3/8/11 | $2,741.89 | |
| | | | | | 3/16/11 | $932.50 | |
| | | | | | 4/15/11 | $975.00 | |
| WTG Gas Marketing, Inc. | 211 N. Colorado | Midland | TX | 79701 | 2/11/11 | $305,242.81 | $0.00 |
| | | | | | 2/23/11 | $123,829.81 | |
| | | | | | 3/23/11 | $38,400.00 | |

4 of 4 SOFA continuation pages