I. Richard Levy
State Bar No. 12265020
**BLOCK & GARDEN, LLP**
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

APPLICANTS FOR COUNSEL TO LEVELLAND/HOCKLEY COUNTY ETHANOL, L.L.C., DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| IN RE § § | | |
| LEVELLAND/HOCKLEY COUNTY ETHANOL, LLC § § § § | | CASE NO. 11-50162-11 CHAPTER 11 |
| DEBTOR § § | | |

**MOTION OF THE DEBTOR TO WITHDRAW THE EXPEDITED MOTION TO APPROVE ENTRY INTO ASSET MANAGEMENT AND POST PETITION FINANCING AGREEMENT WITH TENASKA BIOFUELS, LLC**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Levelland/Hockley County Ethanol, LLC ("Levelland Ethanol" or the "Debtor"), debtor and debtor in possession in the above-referenced chapter 11 case, by and through its undersigned counsel, files this *Motion to Withdraw ("Motion to Withdraw") the Expedited Motion Of The Debtor Under 11 U.S.C. §§363 and 364 To Approve Entry Into Asset Management And Post Petition Financing Agreement With Tenaska BioFuels, LLC and For Related Relief* (the "Motion to Approve" dkt. 24). In support, Debtor respectfully shows as follows:

1. The Debtor filed its Motion to Approve on or about May 10, 2011. No objections have been filed to the Motion to Approve to date.

2. The Debtor also filed a Motion to Expedite the Hearing on the Motion to Approve (dkt. 10). After a hearing on May 17, 2011, the Court set a hearing on the Motion to Approve for June 1, 2011.

3. The Debtor, at Tenaska's request, filed a Motion to Seal the Tenaska Agreement on May 12, 2011 (dkt. 36). Three objections to the Motion to Seal were filed, and the Court held a telephonic hearing on the Motion to Seal on May 20, 2011. The Court denied the Motion to Seal on the basis requested.

4. As a result, Tenaska has informed the Debtor that it will not longer enter into the Tenaska Agreement for which the Motion to Approve seeks authority at this time.

5. Therefore, the Debtor hereby seeks authority form the Court to withdraw the Motion to Approve from consideration. The Motion to Approve is being withdrawn without prejudice to its being refiled or to Tenaska's participation in the same or similar arrangement at sometime in the future.

WHEREFORE, Debtor respectfully requests that the Court enter an order withdrawing the Motion to Approve and for such other and further relief as this Court shall deem just and proper.

Dated: May 25, 2011.                    Respectfully submitted,

**BLOCK & GARDEN, LLP**

   */s/ Richard Levy*
I. Richard Levy
State Bar No. 12260520
5949 Sherry Ln., Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

# CERTIFICATE OF SERVICE

      I certify that on May 25, 2011, a copy of the foregoing Motion was served upon the parties on the attached service list in the manner indicated thereon as prescribed by the Order on application of the Complex Chapter 11 Procedures to the case.

                                              */s/ I. Richard Levy*
                                              I. Richard Levy

**In re Levelland/Hockley County Ethanol, LLC**
**Shortened Service List  05/13/2011**

**Bankr. Case. No. 11 -50162- RLJ-11**
**Page 1 of 2**

| | | |
|---|---|---|
| Levelland/Hockley County Ethanol, LLC<br>Att: James P. Halbert<br>103 S. FM 2646, PO Box 26<br>Levelland, TX  79336-0026<br>Fax: (806) 897.0959<br>JamesH@levellandethanol.com<br><br>***Debtor    email*** | Farmers Energy Levelland, LLC<br>Att: Doug Bruggeman<br>2875 Needmore Road<br>Dayton, OH  45414<br>***Sub. Secured Creditor via email*** | Friona Wheat Growers<br>Gregg O'Brian - CEO<br>P.O. Box 248<br>103 East 5th Street<br>Friona, TX 79035<br>Fax: (806) 250-2150<br>grego@frionawheatgrowers.com<br><br>***Off. Creditors Comm.  via email*** |
| I. Richard Levy, Esq.<br>Block & Garden, LLP<br>5949 Sherry Lane, Suite 900<br>Dallas, TX  75225<br>Fax: (806) 866-0991<br>levy@bgvllp.com<br><br>***Counsel to Debtor*** | Daniel Marko, Interim Chair<br>West Texas and Lubbock Railway<br>118 South Clinton Street, Suite 400<br>Chicago, Illinois 60661<br>Fax: (312) 466-9589<br>markod@iowapacific.com<br><br>***Off. Creditors Comm.   via email*** | Hansen Mueller<br>Jack Hansen -CEO<br>12231 Emmet Street<br>Omaha, NE 68164<br>Fax: (402) 491-0645<br>J.hansen@hmgrain.com<br><br>***Off. Creditors Comm.  via email*** |
| Nancy S. Resnick, Esq.<br>Office of the U.S. Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX  75242-1699<br>Fax:<br>nancy.s.resnick@usdoj.gov<br><br>***Counsel to US Trustee    via email*** | Stephen Pezanosky<br>Mark Elmore<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Fax: (214) 651-5940<br>stephen.pezanosky@haynesboone.com<br>mark.elmore@haynesboone.com<br><br>***Counsel to Creditors Comm.   via e-mail*** | Ferm-Solutions Inc.<br>Melissa Baker<br>PO Box 203<br>Danville, KY 40423<br>Fax (859) 239-3040<br>mbaker@ferm-solutions.com<br><br>***Off. Creditors Comm.  via email*** |
| Mr. Jamie Weber<br>GE Energy Financial Services<br>800 Long Ridge Road<br>Stamford, CT  06830<br>jamie.weber@ge.com<br><br>***Senior Secured Creditor           via email*** | Oppliger Feedyard Inc.<br>Don Oppliger - Owner<br>P.O. Box 854, 520 CR 14<br>Clovis, NM 88101<br>Tel: (575) 389-5321<br>Fax: (575) 389-5324<br>oppliger@3lefties.com<br><br>***Off. Creditors Comm.   via email*** | Triple Nickel, Inc.<br>Chad Nickels<br>808 West 19th Street<br>Muleshoe, Texas 79347<br>Fax: (806)272-7504<br>chad@cknickels.com<br><br>***Off. Creditors Comm.  via email*** |
| Paul E. Heath, Esq.<br>Rebecca Petereit, Esq.<br>Vinson & Elkins LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975<br>Fax: 214.999.7976<br>pheath@velaw.com;rpetereit@velaw.com<br><br>***Counsel to GE  via ECF*** | Loepky Farms<br>John Loepky<br>1315 CR 313<br>Seminole, Texas 79360<br>Tel: 432-758-6383<br>Fax: 432-758-9903<br>loepkyfarms@crosswind.net<br><br>***Off. Creditors Comm.   via email*** | Plains Grain Company Inc.<br>James Shannon<br>P.O. Box 188<br>Abernathy, Texas 79311<br>Fax: (806)-298-2047<br>pgc.pgrb@gmail.com<br><br>***Off. Creditors Comm.  via email*** |
| Duston K. McFaul, Esq.<br>Vinson & Elkins Llp<br>1001 Fannin Street<br>Suite 2500<br>Houston, Texas 77002-6760<br>dmcfaul@velaw.com<br><br>***Counsel to GE via ECF*** | Nathan Segal & Co.<br>Jack Goldfield<br>P.O. Box 272189<br>Houston, Texas 77277<br>Fax: (713)823-1006<br>jackg@nathansegal.com<br><br>***Off. Creditors Comm.   via email*** | Permian Basin Railway Co., Inc.<br>Att: Ed Ellis<br>118 S. Clinton St.<br>Chicago, IL 60661<br>ellise@iowapacific.com<br><br>***20 Largest via e-mail;*** |

In re Levelland/Hockley County Ethanol, LLC  
Shortened Service List  05/13/2011

Bankr. Case. No. 11 -50162- RLJ-11  
Page 2 of 2

J.D. Heiskell & Co.  
Att; Tim Regan  
1616 S. Kentucky  
Amarillo, Tx 79102  

**20 largest via e-mail**

Kenneth Weston, Esq  
Courtney, Countiss, Brian & Bailey, LLP  
600 S. Tyler St. Suite 1700  
Amarillo, TX 79105  

**Attorney for JD Heiskell via ECF**

Sanderson Grain  
Att: Les Wilks-Titan  
P.O. Box 116  
Springlake, Tx 79082  

**20 largest via U.S.. Mail**

Bosselman Energy, Inc.  
3123 W Stolley Park Road  
Grand Island, NE 68801  

**20 largest via U.S. Mail**

Land of Lakes Purina Mills  
Att: Mike Johnston  
P.O. Box 64102, Mail Station 5505  
St. Paul, MN 55164  

**20 Largest via U.S. Mail**

Laura J. Monroe, Esq.  
Perdue, Brandon, Fielder, et al. L.L.P.  
P. O. Box 817  
Lubbock, Tx 79408  

**South Plains College, Hockley County And Levelland ISD   via ECF**

CEI Pipeline  
Att: Tim Shanahan  
701 Cedar Lake Blvd.  
Oklahoma City, OK 73114  

**20 largest via e-mail**

Lariat Dairy Inc.  
Att: Jason Bryan - Commodities Plus  
P O Box 1036  
Farwell, TX 79325  

**20 Largest via U.S.. Mail**

Myrtle McDonald  
Myrtle McDonald, PLLC  
3305 66th Street, Suite 3  
Lubbock, TX 79413  
Fax:  (806) 589-0790  

**West Texas St. Bank via U.S. Mail**

David R. Langston, Esq.  
Mullin Hoard & Brown, LLP  
P.O. Box 2585  
Lubbock, Texas 79408  
 drl@mhba.com  

**Counsel for CEI Pipeline via ECF**

Farmer's Co-Op Elevator  
Dean Sasser  
P.O. Box 1087  
Levelland, TX 79336  

**20 largest via U.S. Mail**

Internal Revenue Service  
Special Procedures-Insolvency  
PO Box 7346  
Philadelphia, PA 19101-7346  

**Gov't t Notice     U.S. mail**

First Insurance Funding Corp  
P.O. Box 66468  
Chicago, IL 60666-0468  

**20 largest via U.S. Mail**

Gary Neill Trucking  
Att: Gary Neill  
1102 E. Archer Road  
Seymour, TX 76380  
Fax: 940-889-4772  

**20 Largest U.S. Mail**

State Comptroller of Public Accounts  
Revenue Acctg-Bankr. Section  
PO Box 13528  
Austin , TX 78711  

**Gov't Notice   U.S. mail**

Julian Coleman  
810 W. 16th Street  
Lamesa, TX 79331  

**20 largest via U.S.. Mail**

Nolan Greak, Esq.  
8008 Slide Road, Suite 30  
Lubbock, Texas 79424-2828  
Fax: (806) 783-0045  

**Counsel SANDERSON GRAIN, INC.—U.S. Mail**

United States Attorney  
3rd Floor, 1100 Commerce St.  
Dallas, TX 75242-1699  

**Gov't Notice    U.S. mail**